# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**BH Media Group, Inc.**

vs.

**Andy Bitter**

Action No: 7:18CR00388
Date: 9/7/18
Judge: Michael F. Urbanski, CUSDJ
Court Reporter: none
Deputy Clerk: Kristin Ayersman

Plaintiff Attorney(s)

**Laura Denise Windsor, Meredith M. Haynes, Dirk Douglas Lasater**

Defendant Attorney(s)

**John Benjamin Rottenborn, Brooks Alexander Duncan**

PROCEEDINGS:
Parties present telephonically. Counsel has exchanged email re setting TRO and Court inquires as to where the parties are regarding settling those issues. Parties had discussed 9/19 as date for TRO hearing however Court has 9/25 open now and parties are available and Court resets this case. Pltf indicates that there is a witness coming from out of town and that they anticipate limited actual argument due to briefing and estimate half day. Dft would prefer to set aside an entire day for this TRO but is hopeful it will be less. Court sets TRO for 9/25/18, all day.

Court addresses witnesses and live testimony – will consider both and affidavits and declarations in addition. Pltf addresses briefing schedule – proposes due dates for remaining briefing. Oral order for production of any document referenced in complaint or any document pltf will use to establish ownership of Twitter account produced to dft by 9/10/18. Dft to also produce similar documents by 9/10/18 to pltf. These documents are to be used for this case only and for no other purpose. Pltf may redact salary information/personal identifying information. Court reminds parties that any document that is filed with the court on ECF is a matter of public record and the public has unrestricted access to it. Dft has until 9/17 to file br in opp to TRO. Pltf to file reply on 9/23. Witness lists/exhibits to be exchanged by 9/19 – rebuttal to due 9/21.

Time in Court: 2:05-2:32   27 minutes